Exhibit 1

Int. Cl.: 25

Prior U.S. Cl.: 39

# United States Patent and Trademark Office

Reg. No. 1,851,977
Registered Aug. 30, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## SKECHERS

SKECHERS U.S.A., INC. (CALIFORNIA CORPORATION)
1142 MANHATTAN AVENUE
SUITE 225
MANHATTAN BEACH, CA 90266

FOR: MEN'S, WOMEN'S AND CHILDREN'S FOOTWEAR, AND MEN'S, WOMEN'S AND CHILDREN'S CLOTHING; NAMELY, T-SHIRTS, SWEAT-SHIRTS, SWEAT-PANTS, SOCKS, SHORTS AND HATS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2-26-1993; IN COMMERCE 2-26-1993.

SN 74-330,368, FILED 11-12-1992.

JANICE O'LEAR, EXAMINING ATTORNEY